AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

**FILED OCT 22 2018** Clerk U.S. District Court Greensboro, NC BY

|  |  |
|---|---|
| Mark T Virgo | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) |
| Sheffield financial BB&T. | ) |
| *Defendant/Respondent* | ) |
|  | ) |

Civil Action No. 1:18cv887

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Mark T Virgo

Date: 10/22/18

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
|  | You | Spouse | You | Spouse |
| Employment | $ 1480.00 | $ | $ 1480.00 | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ 120.00 | $ | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (*such as social security, pensions, annuities, insurance*) | $ — | $ | $ | $ |
| Disability (*such as social security, insurance payments*) | $ — | $ | $ | $ |
| Unemployment payments | $ — | $ | $ | $ |
| Public-assistance (*such as welfare*) | $ — | $ | $ | $ |
| Other (*specify*): | $ — | $ | $ | $ |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.  List your employment history for the past two years, most recent employer first. (*Gross monthly pay is before taxes or other deductions.*)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Sheffield financial BB&T. | 6010 Golding Center Drive. | 2016 / Current. | $ 1400.00 |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. (*Gross monthly pay is before taxes or other deductions.*)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ —

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Page 3 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Bridge Crest/Drive Time | $ 17000.00 for car. | $ |
| | $ | $ |
| | $ | $ |

7.  State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Alyssa Virgo | Daughter | 15 |
| Jayda Virgo | Daughter | 12 |
| Alayna Virgo | Daughter | 913 |
| Jalin Virgo | Son | 17 |
| Patricia Virgo | Mother | 60 |

Case 1:18-cv-00887-TDS-LPA   Document 1   Filed 10/22/18   Page 3 of 9

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included?   ☐ Yes  ☑ No <br> Is property insurance included?   ☐ Yes  ☑ No | $ Rent 900.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 158.70 | $ |
| Home maintenance *(repairs and upkeep)* | $ — | $ |
| Food | $ 300.00 | $ |
| Clothing | $ — | $ |
| Laundry and dry-cleaning | $ 110.00 | $ |
| Medical and dental expenses | $ 300.00 | $ |
| Transportation *(not including motor vehicle payments)* | $ 140.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ — | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ — | $ |
| Life: | $ Work | $ |
| Health: | $ Work | $ |
| Motor vehicle: | $ 250.00 | $ |
| Other: | $ — | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| Motor vehicle: | $ 240.00 | $ |
| Credit card *(name):* | $ — | $ |
| Department store *(name):* | $ — | $ |
| Other: | $ — | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☐ Yes  ☒ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    Attachment.

12. Identify the city and state of your legal residence.

    Your daytime phone number:  336 383-9003.

    Your age: 38   Your years of schooling:  High School.

Parricia Ann Virgo My Mother Cancer patient going through treatment and she do not have Medical Insurance and I am helping her and still trying to take care of my responsibility at my house and it his very expensive on just me.

Mark Virgo Medical issue with my heart going to the emergency room twice 9/4/18 and 11/6/18 Waiting to see the cardiovascular doctor and co pay for that and street test is expensive.

I ask if the court can waive the fee for me with all the Medical issue me and my Mother is enduring at this moment.

**CONE HEALTH**
The Network for Exceptional Care

## AFTER VISIT SUMMARY

**Mark T. Virgo** MRN: 016432806
📅 9/4/2018  📍 MOSES CONE MEMORIAL HOSPITAL EMERGENCY DEPARTMENT 336-832-8040

## Instructions

Take nexium once a day.
Stay well hydrated
Avoid fatty/greasy, acidic, or spicy foods. Eat multiple small foods throughout the day. Do not lie down for 60 minutes after you eat, as this can worsen your symptoms.
Follow up with your primary care doctor for further evaluation of your symptoms.
Return to the ER if you develop fevers, chill, persistent chest pain, shortness of breath, or any new or worsening symptoms.



**Your medications have changed today**
See your updated medication list for details.



**Read the attached information**
1. Food Choices for Gastroesophageal Reflux Disease Adult  Easy-to-Read (English)
2. Heartburn  Easy-to-Read (English)



**Pick up these medications from any pharmacy with your printed prescription**
esomeprazole



**Schedule an appointment with PCP Not in System as soon as possible for a visit in 1 week (around 9/11/2018)**
Why: For evaluation of your symptoms

## What's Next

You currently have no upcoming appointments scheduled.

## You are allergic to the following

No active allergies

## Today's Visit

You were seen by Brian D Miller, MD and Sophia Caccavale, PA-C

### Reason for Visit
- Shortness of Breath
- Chest Pain

### Diagnosis
Atypical chest pain

### 🧪 Lab Tests Completed
Basic metabolic panel
CBC
I-stat troponin, ED

### 🩻 Imaging Tests
DG Chest 2 View
ED EKG within 10 minutes
EKG 12-Lead

Case 1:18-cv-00887-TDS-LPA    Document 1    Filed 10/22/18    Page 7 of 9

# AFTER VISIT SUMMARY



**CONE HEALTH**
The Network for Exceptional Care

**Mark T. Virgo** MRN: 016432806

📅 11/6/2017  📍 MOSES CONE MEMORIAL HOSPITAL EMERGENCY DEPARTMENT 336-832-8040

## Instructions

 **Read the attached information**
NONSPECIFIC CHEST PAIN (ENGLISH)

 **Schedule an appointment with CONE HEALTH COMMUNITY HEALTH AND WELLNESS as soon as possible for a visit**
Why: For follow up regarding your visit to the ED
Contact: 201 E Wendover Ave
Greensboro North Carolina 27401-1205
336-832-4444

## What's Next

You currently have no upcoming appointments scheduled.

## You are allergic to the following

No active allergies

## Your Medication List

**calcium carbonate** 500 MG chewable tablet
Commonly known as: TUMS - dosed in mg elemental calcium
Chew 1 tablet by mouth daily as needed for indigestion or heartburn.

**naproxen sodium** 220 MG tablet
Commonly known as: ANAPROX
Take 440 mg by mouth 2 (two) times daily as needed (for pain).

## Today's Visit

You were seen by David H Yao, MD and Jeremiah Gaddy, MD

**Reason for Visit**
Chest Pain

**Diagnoses**
- Atypical chest pain
- Chest pain, unspecified type

### ⚕ Lab Tests Completed
APTT
CBC
Comprehensive metabolic panel
Differential
Lipid panel
Protime-INR
Troponin I performed 2 times

### 🩻 Imaging Tests
DG Chest 2 View
EKG 12-Lead performed 2 times

### ➕ Done Today
Document Actual / Estimated Weight

### 💊 Medications Given
aspirin last given at 1:43 PM
gi cocktail last given at 1:43 PM

Case 1:18-cv-00887-TDS-LPA    Document 1    Filed 10/22/18    Page 8 of 9

 **Cone Health Cancer Center**
Partnering for exceptional care

Cone Health Cancer Center Gynecological Oncology
2400 W Friendly Avenue
Greensboro, NC 27403
Phone: 336-832-1895  Fax: 336-832-1919

July 23, 2018

Patient:      **Patricia A Virgo**
Date of Birth: **10/3/1963**
Date of Visit: **7/23/2018**

To Whom It May Concern:

Patricia Virgo has an ovarian mass with nodularity that needs to be removed surgically to evaluate for malignancy.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Melissa D Cross, NP